UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRITTANY COLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:15-cv-00159-RLY-DKL ) |
| METROPOLITAN SCHOOL DISTRICT OF WAYNE TOWNSHIP, DAN WILSON, WAYNE TOWNSHIP SCHOOL BOARD, | ) ) ) ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, now enters FINAL JUDGMENT and this action is dismissed.

Date: 3/30/2016

Laura Briggs, Clerk of Court

By: _____

Deputy Clerk

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

BRITTANY COLEY
PO Box 88703
Indianapolis, IN 46208

All electronically registered counsel